[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 332.]

[THE STATE EX REL.] RISIEN, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO; CLEVELAND BROWNS, INC., APPELLEE.

[Cite as *State ex rel. Risien v. Indus. Comm.*, 1998-Ohio-103.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2155—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD03-336.

————————————

*Cornrich, Katz & Cornrich Co., L.P.A., Neil M. Cornrich* and *Robert S. Gurwin*, for appellant.

*Dinn, Hochman & Potter, P.L.L., Irwin J. Dinn* and *Thomas A. Barni*, for appellee.

*Taft, Stettinius & Hollister, Robert S. Corker* and *Eric K. Combs*; and *Harold G. Levison*, urging affirmance for *amici curiae*, Cincinnati Bengals, Inc. and National Football League Management Council.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————